THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Rashaun
 Colbert, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Horry County
 Paula H. Thomas, Circuit Court Judge
Memorandum Op. No. 2008-MO-007
Submitted January 23, 2008  Filed January
 28, 2008  
AFFIRMED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Daniel E. Grigg, all of the Office of the
 Attorney General, of Columbia, for Respondent. 
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari on petitioners Question I and proceed with a review of the
 direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d
 60 (1986).  We deny the petition for a writ of certiorari as to petitioners
 Question II.  
Petitioners
 conviction and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State
 v. Pittman, 373 S.C. 527,
 647 S.E.2d 144 (2007); State v. Knoten, 347 S.C. 296, 555 S.E.2d 391
 (2001).
AFFIRMED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES, BEATTY, JJ., concur.